**Order entered September 15, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00238-CR

### JOSE EDUARDO GUERRERO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F15-75211-X**

## ORDER

The record was due April 12, 2017. Despite numerous notifications and several extensions being granted, the reporter's record has not been filed. Most recently, Kelly Simmons notified us that she was asking for a thirty-day extension because her computer needed repairs. We granted the extension. Since then, the reporter's record still has not been filed and Ms. Simmons has not communicated with the Court.

Therefore, the Court **ORDERS** the trial court to make findings of fact regarding whether appellant has been deprived of the reporter's record because of ineffective counsel, indigence, or for any other reason.

- The trial court shall first determine whether appellant desires to prosecute the appeal. If the trial court determines that appellant does not desire to prosecute the appeal, it shall make a finding to that effect.

- If the trial court determines that appellant desires to prosecute the appeal, it shall next determine whether appellant is indigent and entitled to proceed without payment of costs for the reporter's record. If appellant is entitled to proceed without payment of costs, the trial court shall make a finding to that effect. Moreover, if appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel. If the trial court finds appellant is not indigent, it shall determine whether retained counsel has abandoned the appeal.

- The trial court shall next determine: (1) the name and address of each court reporter who recorded the proceedings in this cause; (2) the court reporter's explanation for the delay in filing the reporter's record; and (3) the earliest date by which the reporter's record can be filed.

We **ORDER** the trial court to transmit a record, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

The appeal is **ABATED** to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

We **DIRECT** the Clerk to send copies of this order to Judge Jeanine Howard, Presiding Judge, Criminal District Court No. 6; to Jan Cherie Williams, official court reporter of the Criminal District Court No. 6; to Kelly Simmons; and to counsel for all parties.


/s/    LANA MYERS
        JUSTICE